**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

BID PROTEST

| | |
|---|---|
| CHANT ENGINEERING, INC.,<br>Plaintiff,<br>vs.<br>UNITED STATES OF AMERICA, DEPARTMENT OF THE ARMY,<br>Defendant. | No. 1:06-CV-00282<br>Assigned to Hon. Marian Blank Horn |

**NOTICE OF MOTION AND MOTION TO INTERVENE; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF ROBERT SINGLE**

Dale H. Oliver
Jon Corey
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Attorneys for Third-Party Intervenor
Dayton T. Brown, Inc.

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Dayton T. Brown, Inc., hereby moves the Court for an order allowing it to intervene as of right pursuant to RCFC 24(a) and paragraph 12 of Appendix C of the RCFC. Dayton T. Brown, Inc. makes this motion on the ground that it was the successful bidder/offeror for Purchase Order W912NW-05-P-0652 and since Chant Engineering, Inc. initiated its protest proceedings, Dayton T. Brown, Inc. has been delayed from performing. Now, Chant Engineering seeks to further prohibit Dayton T. Brown's performance. For these reasons, and other reasons set forth herein, Dayton T. Brown has an interest in the transaction which is the subject of the action and is so situated that the disposition of the action may impair or impede its ability to protect that interest. Dayton T. Brown's interest is not adequately represented by the current parties to the matter pending before this Court. This motion is based on this Notice; the attached Memorandum of Points and Authorities and Declaration of Robert Single; all pleadings and other records on file in this action; and such further evidence and arguments as may be presented at or before any hearing on the application.

DATED: April 7, 2006

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP

By /s/ Dale H. Oliver
Dale H. Oliver
Jon Corey
Attorneys for Third-Party Intervenor
Dayton T. Brown, Inc.

## MEMORANDUM OF POINTS AND AUTHORITIES

### Preliminary Statement

Third-Party Intervenor Dayton T. Brown, Inc. respectfully requests that the Court grant its motion to intervene. Dayton T. Brown successfully bid for and was awarded the right to provide certain items to the Corpus Christi Army Depot. Chant Engineering, Inc. filed a protest, which the Government denied, and then filed an action before this Court challenging the Government's decision. The Government then re-evaluated its decision and for a second time found that Chant Engineering did not meet the requirements of the solicitation. On April 6, 2006, Chant Engineering filed another action with this Court seeking to overturn the Government's decision. Chant Engineering's conduct has caused the Contracting Officer to prevent Dayton T. Brown from performing. Consistent with RCFC 24(a) and paragraph 12 of Appendix C of the RCFC, as the successful bidder/offeror, has the right to intervene to protect its interests.

### Statement of Facts

The Department of the Army, Corpus Christi Army Depot, awarded Dayton T. Brown, Inc., a Purchase Order pursuant to Solicitation Number W912NW-05-T-0063. (Single Declaration ¶ 2). On September 19, 2005, Chant Engineering, Inc. submitted a protest to Glenda Simnacher, Contracting Officer, with respect to Purchase Order W912NW-05-P-0652. (Single Declaration ¶ 3). Invoking FAR 242-15 contained in the purchase order, Ms. Simnacher issued a stop work order to Dayton T. Brown on September 20, 2005. (Single Declaration ¶ 4 and Exhibit A). Subsequent to the denial of Chant Engineering, Inc.'s original protest Ms. Simnacher rescinded the September 20, 2005 stop work order. (Single Declaration ¶ 5 and Exhibit B). After Chant Engineering filed its first action before this Court, on November 30, 2005, Ms. Simnacher, called representatives of Dayton T. Brown, including Mr. Single, and issued a further verbal stop work order. (Single Declaration ¶ 6).

On December 21 and 22, Ms. Simnacher sent letters to Phillip Chant stating that she would re-examine Chant Engineering's proposal pursuant to Solicitation Number W912NW-05-

T-0063 to determine whether the proposal met all of the requirements of the solicitation. (Single Declaration ¶ 7 and Exhibits C and D). Dayton T. Brown assumes that the re-evaluation of Chant Engineering's proposal is complete and that, once again, the Government confirmed that Chant Engineering did not meet the requirements of the specifications.

On Tuesday, April 4, 2006, Ms. Simnacher called Gerry Clark, of Dayton T. Brown, and issued a verbal stop work order prohibiting Dayton T. Brown from performing. (Single Declaration ¶ 8). She followed that call with a letter instructing Dayton T. Brown to stop work. (Single Declaration ¶ 9 and Exhibit E). On April 4, 2006, Chant Engineering filed an action with this Court seeking a declaration that the Government's evaluation of its proposal was arbitrary, capricious and lacking a rational basis.

**Argument**

**I. DAYTON T. BROWN, INC. HAS THE RIGHT TO INTERVENE**

Rule 24(a)(2) of the RCFC provides that a party shall be permitted to intervene "when the applicant claims an interest relating to the property or transaction which is the subject of the action and the applicant is so situated that the disposition of the action may as a practical matter impair or impede the applicant's ability to protect that interest." *RCFC* 24(a)(2); *see* Paragraph 12 of Appendix C of RCFC (permitting intervenor or proposed intervenor with motion pending to participate in hearings on requests for extraordinary relief); *Klamath Irr. Dist. v. United States*, 64 Fed. Cl. 328, 329-31 (2005).

Here, the issue in dispute is the award of a purchase order, specifically which party shall be permitted to perform the purchase order that the Army awarded. The Army properly awarded the purchase order to Dayton T. Brown, and it stands to increase its revenue once it is able to perform that purchase order. Due to Chant Engineering's efforts to dispute that award, however, the Government has issued a stop work order that prevents Dayton T. Brown from performing. Furthermore, Chant Engineering has made motions before this Court seeking a preliminary injunction and a temporary restraining order to prohibit Dayton T. Brown from performing. Dayton T. Brown, therefore, has an "interest" in the "transaction the subject of the action."

*RCFC* 24(a)(2). Further, if, as the successful offeror/bidder, Dayton T. Brown does not intervene and have the right to participate in the action, then the "disposition of the action . . . may impair or impede" Dayton T. Brown's "ability to protect [its] interest," namely the right to perform the purchase order awarded to it. Dayton T. Brown, therefore, has competently demonstrated with admissible evidence that an order permitting it to intervene as of right pursuant to RCFC 24(a)(2) is appropriate. (Single Declaration ¶ 9).

**Conclusion**

For the foregoing reasons, Dayton T. Brown respectfully requests that the Court grant the motion to intervene as of right.

DATED: April 7, 2006

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP

By /s/ Dale H. Oliver
Dale H. Oliver
Jon Corey
Attorneys for Third-Party Intervenor
Dayton T. Brown, Inc.

**DECLARATION OF ROBERT SINGLE**

I, Robert Single, declare as follows:

1. I am a currently employed by intervenor Dayton T. Brown, Inc. as Senior Vice-President. I have been employed by Dayton T. Brown, Inc. since 1979. Dayton T. Brown is a Veteran Owned Small Business. I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify as set forth below.

2. The Department of the Army, Corpus Christi Army Depot, awarded Dayton T. Brown, Inc., a Purchase Order pursuant to Solicitation Number W912NW-05-T-0063.

3. On September 19, 2005, Chant Engineering, Inc. submitted a protest to Glenda Simnacher, Contracting Officer, with respect to Purchase Order W912NW-05-P-0652.

4. Invoking FAR 242-15 contained in the purchase order, Ms. Simnacher issued a stop work order to Dayton T. Brown on September 20, 2005. A true and correct copy of the September 20, 2005 stop work order is attached as Exhibit A.

5. Subsequent to the denial of Chant Engineering, Inc.'s original protest Ms. Simnacher rescinded the September 20, 2005 stop work order. A true and correct copy of the November 21, 2005 rescission of the stop work order is attached as Exhibit B.

6. On November 30, 2005, Ms. Simnacher, called representatives of Dayton T. Brown, including me, and issued a further verbal stop work order.

7. On December 21 and 22, Ms. Simnacher sent letters to Phillip Chant stating that she would re-examine Chant Engineering's proposal pursuant to Solicitation Number W912NW-05-T-0063 to determine whether the proposal met all of the requirements of the solicitation. A true and correct copy of those letters are attached as Exhibits C and D.

8. On April 4, 2006, my colleague, Gerry Clark, received a telephone call from Ms. Simnacher during which she issued a verbal stop work order with respect to Purchase Order W912NW-05-P-0652.

9. On April 5, 2006, Ms. Simnacher sent to my colleague, Gerry Clark, a letter instructing Dayton T. Brown to stop work on Purchase Order W912NW-05-P-0652. A true and correct copy of Ms. Simnacher's letter is attached as Exhibit E.

10. As the party to whom the contract and associated purchase order were awarded, Dayton T. Brown has an interest in the transaction to which is the subject of the action and is so situated that the disposition of the action may impair or impede its ability to protect that interest. Dayton T. Brown's interest is not adequately represented by the current parties to the matter pending before this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 7, 2006, at Bohemia, Long Island, New York.

Robert Single
Senior Vice-President

EXHIBIT A

DEPARTMENT OF THE ARMY
CORPUS CHRISTI ARMY DEPOT
308 CRECY STREET
CORPUS CHRISTI, TEXAS 78419-5260

September 20, 2005

Contracting Division

DAYTON T. BROWN
ATTN GERRY CLARK
1175 CHURCH STREET
BOHEMIA, NY 11716-5031

Dear Mr. Clark:

This is in reference to purchase order W912NW-05-P-0652 for the hydraulic tester for the Corpus Christi Army Depot and confirms your telephone notification of 20 September 2005 by Mrs. Maria R. (Chayo) Evans, Contract Specialist, of this activity.

Chant Engineering Co, Inc., New Britain, PA, one of the offerors under the request for quotation, has submitted a protest to this office. A copy of the protest letter is attached.

A STOP WORK ORDER is hereby issued pursuant to FAR clause 52.242-15 of the order. No work shall begin, or continue, until further notice.

We solicit your patience and cooperation. If you have any questions, please contact Mrs. Glenda M. Simnacher at (361) 961-3913 ext 243.

Sincerely,

Glenda M. Simnacher
Glenda M. Simnacher
Contracting Officer

Encl
as

BUY AND HOLD U.S. SAVINGS BONDS

**EXHIBIT B**

DEPARTMENT OF THE ARMY
CORPUS CHRISTI ARMY DEPOT
308 CRECY STREET
CORPUS CHRISTI, TX 78419-5260

203795
203799

November 21, 2005

Contracting Office

DAYTON T. BROWN, INC.
ATTN GERRY CLARK
1175 CHURCH STREET
BOHEMIA, NY 11716-5031

Dear Mr. Clark:

This is in reference to contract W912NW-05-P-0652 for a hydraulic tester for the Corpus Christi Army Depot.

This letter is to inform you that the protest filed by Chant Engineering, Inc. has been denied. As a result, the STOP WORK ORDER is rescinded effective November 21, 2005.

You may start work under the contract effective immediately. A modification will be forthcoming in order to adjust the delivery due date.

We appreciate your patience during the protest period.

Sincerely,

Glenda M. Simnacher
Glenda M. Simnacher
Contracting Officer

Printed on Recycled Paper

**EXHIBIT C**

**DEPARTMENT OF THE ARMY**
CORPUS CHRISTI ARMY DEPOT
308 CRECY STREET
CORPUS CHRISTI, TEXAS 78419-5260

December 21, 2005

Contracting Office

PHILLIP CHANT
CHANT ENGINEERING CO., INC.
7 BRITAIN DRIVE
NEW BRITAIN PA 18901-5186

SUBJ: PROTEST OF AWARD UNDER SOLICITATION W912NW-05-T-0063

Dear Mr. Chant

In my letter dated 17 November 2005, I denied your protest to the award under subject solicitation because your proposal did not contain enough information to enable the Government to determine whether the proposed alternative met all the requirements of the solicitation.

I have decided to form an evaluation team to re-examine your proposal. Communications between the team and a representative of your company will be limited to enhancing the Government's understanding of the proposal to facilitate the evaluation process. Communications shall not be used to cure proposal deficiencies or omissions, materially alter the technical elements of the proposal, or in any way revise the proposal.

Due to the absence of personnel during the holidays, the team will not be able to meet until the first week in January. Please be prepared to respond to any inquiries the team may have.

Sincerely,

Glenda M. Simnacher
GLENDA M. SIMNACHER
Contracting Officer

**EXHIBIT D**

**DEPARTMENT OF THE ARMY**
CORPUS CHRISTI ARMY DEPOT
308 CRECY STREET
CORPUS CHRISTI, TEXAS 78419-5260

December 22, 2005

Contracting Office

PHILLIP CHANT
CHANT ENGINEERING CO., INC.
7 BRITAIN DRIVE
NEW BRITAIN PA 18901-5186

SUBJ: PROTEST OF AWARD UNDER SOLICITATION W912NW-05-T-0063

Dear Mr. Chant

This is to clarify my letter of 21 December 2005. The Government will evaluate your proposal to determine if it meets the requirements of the solicitation specification.

Sincerely,

Glenda M. Simnacher
GLENDA M. SIMNACHER
Contracting Officer

**EXHIBIT E**

CC: R. SINGLE
J. LUSCHER
C. ALFANO
R. HARTER

CORPUS CHRISTI ARMY DEPOT
CONTRACTING OFFICE STOP 7
308 CRECY STREET
CORPUS CHRISTI TX 78419-5260

## FAX COVER SHEET

DATE: 4-5-06
# PAGES: 2

TO: Jerry Clark
PHONE: Dayton T. Brown
FAX: 631-244-6216

FROM: Glenda Simnacher
PHONE: 361-961-3913, Ext 243
FAX: 361-961-3730

SUBJECT:

Please see attached stop work order dated today

Thanks
Glenda Simnacher

DEPARTMENT OF THE ARMY
CORPUS CHRISTI ARMY DEPOT
308 CRECY STREET
CORPUS CHRISTI, TEXAS 78419-5260

5 April 2006

Contracting Office

MR. GERRY CLARK
DAYTON T. BROWN
1175 CHURCH STREET
BOHEMIA NY 11716-5031

Dear Mr. Clark,

This is in reference to purchase order W912NW-05-P-0652 for a hydraulic tester for the Corpus Christi Army Depot.

A STOP WORK ORDER is hereby issued pursuant to FAR Clause 52.242-15 of the order. No work shall be accomplished until further notice.

We solicit your patience and cooperation. If you have any questions, please contact me at 361-961-3913 x243.

Sincerely,

Glenda M. Simnacher
Contracting Officer