UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CHANT ENGINEERING, INC.,<br>Plaintiff,<br>vs.<br>UNITED STATES OF AMERICA, DEPARTMENT OF THE ARMY,<br>Defendant. | CIVIL ACTION NO. 1:06-CV-00282<br><br>Assigned to Hon. Marian Blank Horn |

**PROOF OF SERVICE ON NOTICE OF MOTION AND MOTION TO INTERVENE; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF ROBERT SINGLE**

Dale H. Oliver
Jon Corey
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Attorneys for Third-Party Intervenor
Dayton T. Brown, Inc.

Attorneys for Plaintiffs
Chant Engineering, Inc.

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP, 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On April 7, 2006, I caused to be served the following document(s) on interested parties in this action described as **NOTICE OF MOTION AND MOTION TO INTERVENE; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF ROBERT SINGLE** addressed as follows:

Mark Lamer, Esq.
Kostos & Lamer
1608 Walnut Street, Suite 1300
Philadelphia, PA 19103-5407

Marla Connelly
Commercial Litigation, Civil Division
United States Department of Justice, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

_____ **(BY MAIL) I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

_____ **(BY MAIL) I caused such envelope to be placed in the firm's mail. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_____ **(BY FACSIMILE) I caused such document to be transmitted by facsimile to the offices of the addressee. Upon completion of the said facsimile transmission, the transmitting machine issued a transmission report showing the transmission was complete and without error.

X **(BY FEDERAL EXPRESS) by placing the document(s) listed above in such envelope for deposit with FEDERAL EXPRESS to be delivered via priority overnight service to the persons at the addresses set forth above.

_____ **(BY PERSONAL SERVICE) I caused to be delivered by hand such envelope to the offices of the addressee.

Executed on April 7, 2006, at Los Angeles, California.

_____ (State)I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

X (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

SUZANNE JOHNSON
Type or Print Name

Suzanne Johnson
Signature