**IN THE UNITED STATES COURT**
**OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **Chant Engineering Co., Inc.** | ) | |
| | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **No. 06-282C** |
| | ) | |
| | ) | |
| **The United States** | ) | |
| | ) | |
| **Defendant** | ) | |

**NOTICE OF WITHDRAWAL OF MOTIONS**

Plaintiff Chant Engineering Co., Inc. hereby withdraws its Motion For A Temporary Restraining Order and Motion For A Preliminary Injunction.

Respectfully submitted,

/s/ *Marc Lamer*____________
MARC LAMER
Attorney for Plaintiff
Chant Engineering Co., Inc.

Kostos and Lamer, P.C.
1608 Walnut Street, Suite 1300
Philadelphia, PA 19103
(215) 545-0570

Dated: April 12, 2006