IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| CHANT ENGINEERING CO., INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-282C |
| UNITED STATES OF AMERICA, | ) | (Judge Marian Blank Horn) |
| Defendant, | ) | |
| and | ) | |
| DAYTON T. BROWN, INC., | ) | |
| Intervenor. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR A PROTECTIVE ORDER**

Pursuant to Rule 26(c) of the Rules of the United States Court of Federal Claims, defendant respectfully requests this Court enter a Protective Order prohibiting the disclosure of secret, confidential, and other proprietary information in accordance with the terms and conditions set forth in the proposed Protective Order. Counsel for plaintiff and intervenor do not oppose this motion.

For the foregoing reasons, defendant respectfully requests that this Court issue the proposed Protective Order.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Marla T. Conneely
MARLA T. CONNEELY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel. (202) 305-3689
Fax. (202) 305-7643

April 12, 2006

Attorneys for Defendant