# In the United States Court of Federal Claims

* * * * * * * * * * * * * *

**CHANT ENGINEERING CO., INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant,**

**and**

**DAYTON T. BROWN, INC.,**

**Defendant-Intervenor.**

* * * * * * * * * * * * * *

**No. 06-282C**
**Filed: April 17, 2006**

**O R D E R**

The court is in receipt of a motion to intervene filed by Dayton T. Brown, Inc., the awardee of the procurement at issue. Dayton T. Brown, Inc.'s motion to intervene is **GRANTED**. The April 13, 2006 protective order and the briefing schedule in the court's order of April 11, 2006 are applicable to intervenor, which shall adhere to the same briefing due dates as defendant. Intervenor also shall take note of the requirement in the April 11, 2006 order to advise the court of whether counsel will be appearing in person or by telephone for oral argument.

**IT IS SO ORDERED.**

**s/Marian Blank Horn**
**MARIAN BLANK HORN**
**Judge**