# In the United States Court of Federal Claims

| | |
|---|---|
| **CHANT ENGINEERING CO., INC.,**<br>**Plaintiff,**<br>**v.**<br>**UNITED STATES,**<br>**Defendant,**<br>**and**<br>**DAYTON T. BROWN, INC.,**<br>**Defendant-Intervenor.** | **No. 06-282C**<br>**Filed: April 20, 2006** |

**O R D E R**

The court is in receipt of the plaintiff's April 12, 2006 notice to withdraw its request for injunctive relief. The court treats plaintiff's notice as a motion to withdraw its earlier motions for a Temporary Restraining Order and Preliminary Injunction. The plaintiff's requests to withdraw its earlier requests for a Temporary Restraining Order and a Preliminary Injunction are **GRANTED**.

**IT IS SO ORDERED.**

**s/Marian Blank Horn**
**MARIAN BLANK HORN**
**Judge**