# In the United States Court of Federal Claims

* * * * * * * * * * * * * *
CHANT ENGINEERING CO., INC.,

Plaintiff,

v.

UNITED STATES,

Defendant,

and

DAYTON T. BROWN, INC.,

Defendant-Intervenor.
* * * * * * * * * * * * * *

No. 06-282C
Filed: May 3, 2006

## O R D E R

The court is in receipt of several applications from attorneys for the plaintiff and the intervenor, including the attorneys of record and co-counsel, for access to information under the April 13, 2006 protective order, all filed electronically on May 1, 2006, but unaccompanied by any objections to access. The court brings paragraph 2(b) of the protective order to parties' attention. Paragraph 2(b) provides that:

> To be granted access to protected information, any such person shall first read this Protective Order and, if an attorney, execute a copy of the Application for Access to Materials Under Protective Order by Inside or Outside Counsel (Exhibit A-1) or, if a consultant or expert, execute a copy of the Application for Access to Materials Under Protective Order by a Consultant or Expert (Exhibit A-2). The party seeking to have such person granted access shall then provide a copy of the executed Application to each other party. Such person shall, without further action by the court, be permitted access to protected material at the close of the second business day after the other parties have received the Application, unless, in the interim, any party informs the requesting party of an objection. If the parties are unable to reach agreement regarding an objection, the party seeking access may present the matter to the court. Such person shall not be given

> access unless and until the court authorizes such access. Unless an objection is being brought to the court's attention, Applications for Access will not be filed with the court, and courtesy copies will not be provided to chambers.

(emphasis added).

**IT IS SO ORDERED.**

**s/Marian Blank Horn**
**MARIAN BLANK HORN**
**Judge**