**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **Chant Engineering Co., Inc.** | ) | |
| | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **No. 06-282C** |
| | ) | |
| | ) | |
| **The United States** | ) | |
| | ) | |
| **Defendant** | ) | |

**PLAINTIFF'S STATEMENT OF CHALLENGES TO THE EVALUATION OF ITS OFFER**

Pursuant to instructions by the Court in its initial telephonic hearing, Plaintiff submits this Statement detailing the areas of the proposal evaluation of its proposal it is challenging. Those areas are set forth in the Contracting Officer's March 24, 2006 letter (AR 453) and the report of the reevaluation "committee" (AR 454 – AR 457).

Plaintiff's challenges fall into two (2) categories:

1) evaluation against requirements not in the Solicitation or Specification, and

2) evaluation of Plaintiff's proposal differently from that of the awardee against the requirements of the Solicitation and Specification.

Of the areas in Plaintiff's proposal was found to be unsatisfactory (see AR 453 – AR 457), numbers 3, 7, 8, 11, 12 and 14 are challenged under the first category, while nos. 1, 5, 6, 9 and the overall conclusion fall in the second.

Respectfully submitted,

s/ Marc Lamer

MARC LAMER
Attorney for Plaintiff

Dated: May 5, 2006