**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(BID PROTEST)**

| | | |
|---|---|---|
| CHANT ENGINEERING CO., INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | No. 06-282C |
| Defendant, | ) | |
| | ) | (Judge Horn) |
| and | ) | |
| | ) | |
| DAYTON T. BROWN, | ) | |
| | ) | |
| Intervenor. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT

Pursuant to Rule 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a 4-day enlargement of time, through and including May 30, 2006, within which to file its response to plaintiff's motion for judgment upon the administrative record and cross-motion for judgment upon the administrative record. Defendant's response is currently due on May 26, 2004. This is defendant's first request for an enlargement of time for this purpose. The plaintiff, through counsel, has been contacted by phone regarding this request and does not oppose this motion.

This motion is necessary to afford the Government sufficient time to coordinate with the agency on its response and cross-motion. Agency counsel has been unavailable due to illness and additional work resulting from the deployment of another attorney within the relevant section of the agency. Accordingly, the undersigned counsel and the agency counsel have been unable to fully discuss issues regarding this matter and, specifically, plaintiff's motion, until today.

The Government recognizes that this matter is being heard on a compressed schedule and,

to prevent any prejudice to plaintiff and the Court as a result of this enlargement, the Government has represented to plaintiff that it would not oppose an enlargement of time for plaintiff to file its response to the Government's cross-motion on June 5, 2006, instead of June 2, 2006, as currently scheduled. Moreover, to prevent any prejudice to the Court, the Government represents that it anticipates filing its reply brief on June 7, 2006, as currently scheduled. This ensures that the plaintiff has the same amount of time to respond to the Government's cross-motion as it did without the enlargement, and also ensures that the Court will have all of the parties briefs a week before the hearing currently scheduled for June 14, 2006.

For these reasons, defendant respectfully requests that the Court grant this unopposed motion for enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Marla T. Conneely
MARLA T. CONNEELY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C., 20530
Tele: (202) 307-1011

May 26, 2006

Attorneys for Defendant