**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **Chant Engineering Co., Inc.** | ) | |
| | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **No. 06-282C** |
| | ) | |
| **The United States** | ) | **Judge Horn** |
| | ) | |
| **Defendant** | ) | |

**MOTION FOR AN ENLARGEMENT OF TIME TO REPLY/RESPOND TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD AND DEFENDANT'S CROSS-MOTION FOR JUDGMENT UPON THE ADMINISTRATIVE RECORD**

Plaintiff Chant Engineering Co., Inc. ("Plaintiff") hereby moves the Court for an enlargement of time to and including Monday, June 5 to reply/respond to Defendant's Opposition To Plaintiff's Motion For Judgment On The Administrative Record And Defendant's Cross-Motion For Judgment Upon The Administrative Record (Defendant's "Opposition"). This is our first request for enlargement. Defendant does not oppose this request.

Plaintiff's response/reply is currently due on Friday, June 2. However, Plaintiff granted Defendant's request for an enlargement of time to file its Opposition from May 26 to May 30. As a result, Plaintiff's time to reply/respond has been reduced from seven (7) days to three (3). By granting Plaintiff's request for an enlargement to and including Monday, June 5, Plaintiff will at least have six (6) days to prepare its reply/response.

Wherefore, Plaintiff Chant Engineering Co., Inc. respectfully requests that its motion for enlargement of time to and including Monday, June 5 be granted.

Respectfully submitted,

s/ Marc Lamer

MARC LAMER
Attorney for Plaintiff

Dated: 6-1-06