# In the United States Court of Federal Claims

* * * * * * * * * * * * * *

**CHANT ENGINEERING CO., INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant,**

**and**

**DAYTON T. BROWN, INC.,**

**Defendant-Intervenor.**

* * * * * * * * * * * * * *

**No. 06-282C**
**Filed: June 5, 2006**

## O R D E R

The court is in receipt of the plaintiff's June 2, 2006, unopposed motion for an enlargement of time from Friday, June 2, 2006 to Monday, June 5, 2006, within which to file its combined response to the defendant's cross-motion and reply on its motion for judgment upon the administrative record. As requested, the plaintiff's motion for an enlargement of time is **GRANTED**. Plaintiff shall file its combined response to cross-motion and reply on its motion on or before **Monday, June 5, 2006**.

Defendant and intervenor shall file their individual reply briefs, as previously scheduled, on or before **Wednesday, June 7, 2006**. The parties are reminded of the oral argument previously **SCHEDULED** for **Wednesday, June 14, 2006**, however, the oral argument will begin at **10:30 a.m. EDT** (rather than 2:30 p.m. EDT), at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC 20005. Counsel for the plaintiff and defendant shall appear in person. Intervenor's counsel may appear by telephone, if desired. Intervenor's counsel shall notify the court in his **June 7, 2006** reply brief whether counsel will appear in person or by telephone and, if the latter, the number at which he will be contacted. The courtroom number will be posted on the day of the oral argument. The parties shall be prepared to address all issues.

**IT IS SO ORDERED.**

**s/Marian Blank Horn**
**MARIAN BLANK HORN**
**Judge**