**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(BID PROTEST)**

| | | |
|---|---|---|
| CHANT ENGINEERING CO., INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | No. 06-282C |
| Defendant, | ) | |
| | ) | (Judge Horn) |
| and | ) | |
| | ) | |
| DAYTON T. BROWN, | ) | |
| | ) | |
| Intervenor. | ) | |

DEFENDANT'S MOTION FOR ENLARGEMENT

Pursuant to Rule 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a one day enlargement of time, through and including June 27, 2006, within which to file its supplemental brief. Defendant's response is currently due on June 26, 2006. This is defendant's first request for an enlargement of time for this purpose. Defendant's counsel attempted to contact plaintiff's counsel, but was unable to reach him.

This enlargement is necessary because substantial water damage to the computer facilities of the Department of Justice on June 25, 2006, disabled our internet and electronic mail capabilities on June 26, 2006. Consequently, we were unable to sufficiently coordinate and exchange information with the agency during the day. The system was restored around 3:52 p.m. on June 25, 2006. However, we have had insufficient time since that restoration to complete the activities necessary to allow us to file our supplemental brief and appendix.

We regret any inconvenience this may have caused. Accordingly, we respectfully request

that this motion for enlargement of time be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Marla T. Conneely
MARLA T. CONNEELY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C., 20530
Tele: (202) 307-1011

June 26, 2006

Attorneys for Defendant