**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**[Bid Protest]**

| | |
|---|---|
| CHANT ENGINEERING, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, DEPARTMENT OF THE ARMY,<br><br>Defendant.<br>and<br><br>DAYTON T. BROWN, INC.,<br><br>Intervenor. | No. 1:06-CV-00282<br><br>Assigned to Hon. Marian Blank Horn |

**INTERVENOR'S MOTION FOR ENLARGEMENT**

Dale H. Oliver
Jon Corey
Rachel Fiset
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Attorneys for Third-Party Intervenor
Dayton T. Brown, Inc.

Pursuant to Rule 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, intervenor Dayton T. Brown respectfully requests a 1-day enlargement of time, through and including July 10, 2006, within which to file its Reply to Plaintiff's Response to Intervenor's Supplemental Brief. Intervenor's reply is currently due July 7, 2006. This is Intervenor's first request for an enlargement of time in this matter.

The requested enlargement of time is necessary to afford Intervenor time to adequately respond to Plaintiff's Supplemental Brief. The Fourth of July holiday (and the preceding Monday) deprived Intervenor's counsel of two business days in which to consider Plaintiff's Supplemental Brief and to discuss technical issues raised in that brief with Intervenor's technical staff. Intervenor's counsel seeks one additional court day to discuss these issues with Intervenor's representatives and to provide the Court with a brief that completely addresses the issues raised in Plaintiff's brief.

Accordingly, Intervenor respectfully requests that this motion for enlargement of time be granted.

DATED: July 7, 2006

QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP

By s/Dale H. Oliver
Dale H. Oliver
Attorneys for Intervenor
Dayton T. Brown, Inc.