# In the United States Court of Federal Claims

* * * * * * * * * * * * * *

**CHANT ENGINEERING CO., INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant,**

**and**

**DAYTON T. BROWN, INC.,**

**Defendant-Intervenor.**

* * * * * * * * * * * * * *

**No. 06-282C**
**Filed: August 2, 2006**

## O R D E R

The court is in receipt of the plaintiff's July 12, 2006 motion for leave to submit a supplemental declaration, the intervenor's July 21, 2006 opposition to the motion, and the defendant's July 27, 2006 opposition. The court agrees with the defendant's observation in its opposition that the plaintiff's proposed submission is in the nature of a supplemental brief, and that permitting such a filing at this stage would be prejudicial, in that defendant and intervenor would have no opportunity to respond to the arguments. Nevertheless, the matters raised by plaintiff in its proposed filing are of interest to and would assist the court in its resolution of the bid protest. Therefore, the plaintiff's motion to submit supplemental material is **GRANTED**. The court also is interested in the responses of the other parties to the plaintiff's submission. Therefore, on or before **Wednesday, August 16, 2006**, defendant and intervenor shall file short, individual responses to the plaintiff's July 12, 2006 submission. Defendant and intervenor shall endeavor to explain any confusing concepts, spell any acronyms, address all of the plaintiff's arguments, and cite to specific pages, paragraphs and sections of the administrative record, as appropriate.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**