# Dayton T. Brown Inc.



TEST SYSTEM OEM
General Purpose Hydraulic Test System...

## MODEL LE 6000R

DTB's Model LE6000R General Purpose Hydraulic Test System is designed for test and evaluation of wide variety of hydraulic and electrohydraulic components at pressures up to 6000 psi.

The LE 6000R Test System has three supply and return circuits, one leakage test circuit, and one static test circuit:

### Fluid Test Circuits

- Circuit 1 - 90 gpm maximum flow
- Circuit 2 - 40 gpm maximum flow
- Circuit 3 - 40 gpm maximum flow with directional control
- Leakage Circuit - 30 cis maximum
- Static Proof Circuit - 0 to 10,000 psig (0 to 20,000 psig optional)



### Performance Characteristics

- Supply Pressure: 6000 psi maximum independently adjustable on all circuits.
- Return Pressures: 5000 psi maximum independently adjustable on all circuits.

### Facility Input Requirements

- Electrical: 120 VAC, 1-phase, 60 HZ, 15 amp
  120 VAC, 1-phase, 60 HZ, 15 amp Secondary Power
  120 VAC, 1-phase, 60 HZ, 30 amp (Instrumentation)
- Hydraulic: 100 U.S. gpm maximum, 6000 psig maximum

**Dimensions**

- Hydraulic Console: 84 in.(W) x 48 in.(D) x 67 in.(H)
- Electronic Console: 45 in.(W) x 31 in.(D) x 71 in.(H)

**Request a Quote...**



Copyright © 2005 Dayton T. Brown Inc - All rights reserved