# In the United States Court of Federal Claims

**No. 06-282 C**
**Filed: January 11, 2007**

**CHANT ENGINEERING CO., INC.**
**Plaintiff**

**v.**

**THE UNITED STATES**
**Defendant**

**JUDGMENT**

**and**

**DAYTON T. BROWN, INC.**
**Defendant-Intervenor**

Pursuant to the court's opinion, filed January 10, 2007,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, with prejudice. No costs.

Brian Bishop
Clerk of Court

January 11, 2007 By: s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.