IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| CHANT ENGINEERING CO., INC., Plaintiff, | ) | |
| v. | ) | No. 06-282C |
| UNITED STATES OF AMERICA, Defendant, | ) | (Judge Marian Blank Horn) |
| and | ) | |
| DAYTON T. BROWN, INC., Intervenor. | ) | |

**JOINT STATUS REPORT**

Pursuant to the order entered January 10, 2007, the parties, through their respective counsel of record, respectfully submit this joint status report.

The parties in this case have not identified any confidential or proprietary information that must be redacted from the January 10, 2007 opinion and order of this Court. Therefore, the opinion may be unsealed as is and made available to the public.

Respectfully submitted,

s/Marc Lamer
MARC LAMER
KOSTOS AND LAMER, P.C.
1608 Walnut Street, Suite 1300
Philadelphia, PA 19103
Tel. (215) 545-0575
Fax. (215) 545-4617

Attorney for Plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Dale Hugh Oliver
DALE HUGH OLIVER
QUINN EMANUEL
865 South Figueroa Street
10th Floor
Los Angeles, CA 90017
Tel. (213) 443-3154
Fax. (213) 443-3100

Attorney for Intervenor

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Marla T. Conneely
MARLA T. CONNEELY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel. (202) 305-3689
Fax. (202) 305-7643

Attorneys for Defendant

January 23, 2007